# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 25-1062
Lower Tribunal No. 22-CA-410-K
_____

**Paul Cook,**
Appellant,

vs.

**Silk Funding LLC,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Zermay Law, P.A., and Zachary Z. Zermay and Matthew Larosiere, for appellant.

No appearance, for appellee.

Before FERNANDEZ, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.